Andrew S. Williams (177926),
awilliams@bargerwolen.com
Sandra I. Weishart (089782),
sweishart@bargerwolen.com
Vivian I. Orlando (213833),
vorlando@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Respondent
Transamerica Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STEINBERG, an individual; and MS WEALTH MANAGEMENT & INSURANCE SERVICES, INC., a California corporation,<br><br>Petitioners,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>Respondent. | CASE NO.: SACV13-1863 AG(RNBx)<br><br>(Hon. Andrew J. Guilford)<br><br>**AMENDED NOTICE OF HEARING ON RESPONDENT TRANSAMERICA LIFE INSURANCE COMPANY'S MOTION TO (1) DISMISS PETITION TO STAY ARBITRATION, AND (2) COMPEL ARBITRATION**<br><br>Petition Filed:   November 7, 2013<br><br><u>New Hearing Information:</u><br>Time:  10:00 a.m.<br>Date:  January 27, 2014<br>Ctrm:  10D |

w:\documents and settings\njo\local settings\temporary internet files\olkfb\mx2dismisscompelarb3_ntc reset hrg.doc

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the hearing on Respondent Transamerica Life Insurance Company's ("Transamerica") Motion to (1) Dismiss Petition to Stay Arbitration, and (2) Compel Arbitration [Dkt. # 10], which was previously scheduled for January 27, 2014 at 8:30 a.m. in Courtroom 9D of the above-entitled Court, is hereby re-noticed for **January 27, 2014 at 10:00 a.m. in Courtroom 10D** of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, CA 92701.

This change in courtroom and time of the hearing is due to the transfer of this case to the Honorable Andrew J. Guilford. At the direction of the Clerk, Transamerica need only submit this amended notice changing the location and time of hearing, but need not otherwise re-file its Notice of Motion and Motion previously filed.

Dated: December 13, 2013

BARGER & WOLEN LLP

By: /s/ Vivian I. Orlando
ANDREW S. WILLIAMS
SANDRA I. WEISHART
VIVIAN I. ORLANDO
Attorneys for Respondent
Transamerica Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800