# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 13-1863-AG(RNBx) | Date | January 27, 2014 |
| Title | MONICA STEINBERG, ET AL v TRANSAMERICA LIFE INSURANCE COMPANY, ET AL | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |

| Lisa Bredahl | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James Rouse | Andrew Williams |

**Proceedings:** RESPONDENT'S MOTION TO (1) DISMISS PETITION TO STAY ARBITRATION, AND (2) COMPEL ARBITRATION [DKT #10]

Cause is called for hearing and counsel make their appearances. Counsel submit on the tentative ruling. The Court orders that the tentative ruling shall become the order of the Court. Motion GRANTED. A separate order granting motion to issue.

| | : | 05 |
|---|---|---|
| | Initials of Preparer | lmb |